U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

OCT 14 2005

AT _____ O'CLOCK ___ M
LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------
IBRAHIM PELESIC,

                Plaintiff;

    -v-                                     5:03-CV-1438

MOHAWK VALLEY COMMUNITY COLLEGE,

                Defendant.
-----------------------------------------

DAVID N. HURD
United States District Judge

## ORDER

    Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on October 14, 2005, in Utica, New York, it is hereby

    ORDERED that defendant's motion for summary judgment is DENIED.

    IT IS SO ORDERED.

                                                                           United States District Judge

Dated: October 14, 2005
          Utica, New York.